UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Frances Tangman, wife to Eric Tangman,
Eric Tangman,

        Plaintiffs,                        Civil No.07-948 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth, Wyeth Pharmaceuticals, Inc.,
Pharmacia & Upjohn Company, LLC,
Pfizer Inc., Greenstone Ltd. Barr
Laboratories, Inc., Barr Pharmaceuticals,
Inc., Solvay Pharmaceuticals, Inc.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 9, 2007

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge